381 A.2d 891

Commonwealth v. Bedding, Appellant.

Argued September 19, 1977. Margaret M. Boyce, for appellant; William E. Nugent, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS and PRICE, JJ., did not participate in the consideration or decision of this case.

---

381 A.2d 891

Commonwealth v. Bibbs, Appellant.

Argued September 16, 1977. Ronald L. Wolf, for appellant; S. Seeling, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.